furrender till the laft is taken alfo, and till the time allowed him [the laft] for furrendering is expired. If he fues them *feparately*, then each may be feparately *fixed*; or one may be fixed, and the other may afterwards furrender the principal, and be difcharged. So that, in fact, plaintiff may have the body of defendant in cuftody, and at the fame time go on with a fuit againft the other bail which has been fixed. He cannot, however, have more than one fatisfaction.

Let the defendants take the effect of their motion, on payment of cofts.

————————

## JULY TERM, 1798.

## Woodman and Others *ads*. Little.

THIS was a motion to fet afide the proceeding on a *Scire facias quare ex non* and two *nihils* returned, becaufe there had not been 15 days between the *tefte* of the firft, and return of the fecond *fci. fa.* In fupport of the motion was cited, 4 *Durn. and Eaft.* 583.

It was contended in reply, that when proceedings in the original caufe are by bill, 4 days are enough. 4 *Durn. and Eaft.* 663.

*Per Curiam.* There muft in all cafes, be 15 days between the tefte of the firft, and return of the fecond *fci. fa.*

Colden for Defendant.
*Houfton* for Plaintiff.